IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHREN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| RHODA FRYE,<br><br>    Plaintiff,<br><br>v.<br><br>PROTECTIVE LIFE INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:15-CV-16567<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COMES the parties and notifies the Court that this matter has been settled pursuant to a confidential settlement agreement. As such, the parties agree that it is appropriate for this matter to be DISMISSED WITH PREJUDICE and to be stricken from the Court's docket.

Prepared by:

    /s/ Joshua S. Ferrell
Joshua S. Ferrell (WVSB# 11607)
Nathan D. Brown (WVSB #12264)
Ferrell & Brown, PLLC
160 E. 2nd Ave.
Williamson, West Virginia 25661
*Counsel for Plaintiff*

Seen and approved by:

    /s/Carrie Goodwin Fenwick
Carrie Goodwin Fenwick (WVSB#7164)
Goodwin & Goodwin, LLP

1

300 Summers Street, Suite 1500
Charleston, WV 25301

Case 2:15-cv-16567 Document 29 Filed 10/24/16 Page 2 of 2 PageID #: 146

2